William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-8—

St. Mary of Providence School, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed April 11, 1975.*

St. Mary of Providence School, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-300—

St. Mary of Providence School, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed April 11, 1975.*

Clarke C. Robinson, Attorney for Claimant.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.